**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Case No: 01-CV-1419 (MJD/JGL)

Controversy Music,
J. Albert & Son (USA) Inc.,
Young Man Moving, Inc.,
EX VW, Inc. and Cool Rock Stuff,

Plaintiffs,

v.

Banana Joe's of Minnesota, Inc.
and Jon Field.

Defendants.

**STIPULATION AND ORDER**

---

The parties, by and through their respective counsel, hereby stipulate to and request that Defendants be granted an additional twenty (20) days in which to answer the Complaint in the above referenced matter. Pursuant to this Stipulation, Defendants shall have until October 4, 2001 to file and serve an Answer.

Dated: 9/19/2001

**Donohue, McKenney & Harlan, Ltd.**

Thomas P. Harlan (#210870)
Chad McKenney (#212039)
990 Lumber Exchange Building
10 South Fifth Street
Minneapolis, MN 55402
(612) 692-3950
Attorney for Defendants

Dated: 9/21/01

**Faegre & Benson, LLP**

Felcia J. Boyd (#186168)
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000
Attorney for Plaintiffs

FILED SEP 25 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Pursuant to the stipulation of parties, IT IS HEREBY ORDERED:

1. That Defendants be granted an additional twenty (20) days in which to answer the Complaint.

2. Defendants shall have until October 4, 2001 to file and serve an Answer.

Dated: Sept 25, 2001

**BY THE COURT:**

Michael J. Davis

Honorable Michael J. Davis
United States Magistrate Judge