**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Controversy Music, J. Albert & Son (USA) Inc., Young Man Moving, Inc., Ex. VW, Inc. and Cool Rock Stuff,<br><br>Plaintiffs,<br><br>vs.<br><br>Banana Joe's of Minnesota, Inc. and Jon Field,<br><br>Defendants. | **Civil No. 01-CV-1419 MJD/JGL**<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE PLEAD** |

Plaintiffs, by and through their counsel, and defendants, by and through their counsel, hereby stipulate and agree that plaintiffs Controversy Music, J. Albert & Son (USA) Inc., Young Man Moving, Inc., Ex. VW, Inc. and Cool Rock Stuff shall have until November 26, 2001 to answer, move or otherwise plead in response to the Counterclaims served in the above-captioned action.

Dated: October 10, 2001

FAEGRE & BENSON LLP

Felicia J. Boyd

Felicia J. Boyd, #186168
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Plaintiffs

OCT 11 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: October 5, 2001

DONOHUE McKENNEY & HARLAN, LTD.

Thomas P. Harlan, #210870
Chad McKenney, #212039
990 Lumber Exchange Building
10 South Fifth Street
Minneapolis, MN 55402
(612) 692-3950

Attorneys for Defendants

**ORDER**

Based on the foregoing Stipulation, plaintiffs Controversy Music, J. Albert & Son (USA) Inc., Young Man Moving, Inc., Ex. VW, Inc. and Cool Rock Stuff shall have until November 26, 2001 to answer, move or otherwise plead in response to the Counterclaims served in the above-captioned action.

DATED: Oct. 11, 2001

United States Magistrate Judge