UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CONTROVERSY MUSIC,
J. ALBERT & SON (USA) INC.,
YOUNG MAN MOVING, INC.
EX VW INC. and
COOL ROCK STUFF,

CIVIL NO. 01-1419 (MJD/JGL)

Plaintiffs,

v.

ORDER/NOTICE OF HEARING

BANANA JOE'S OF MINNESOTA, INC.
and JON FIELD,

Defendants.

By Order dated March 7, 2002, District Judge Davis has referred Plaintiffs' Motion to Strike Certain Defendants' Defenses and to Dismiss Counterclaims [Docket No. 6] to the undersigned for a Report and Recommendation pursuant to 28 U.S.C. § 636 (b)(1)(B). This Motion has been fully briefed.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that oral argument on Plaintiffs' Motion to Strike Certain Defendants' Defenses and to Dismiss Counterclaims [Docket No. 6] will be held before the undersigned on March 20, 2002 at 10:00 a.m. in Courtroom 628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota.

Dated: March 11, 2002

JOHN M. MASON
United States Magistrate Judge

MAR 11 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK