UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1419 (MJD/JGL)

CONTROVERSY MUSIC, et al.,

Plaintiffs,

v.

**PRETRIAL ORDER**

BANANA JOE'S OF MINNESOTA INC., et al.,

Defendants.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is two to three days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to June 1, 2002;

3. Parties with the burden of proof shall disclose all expert witnesses, including reports, by August 1, 2002; All rebuttal expert witnesses shall be disclosed by October 1, 2002;

4. The period during which the parties may seek discovery shall be completed by November 1, 2002;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to November 1, 2002;

6. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to February 1, 2003; and

7. This case will be considered "ready for trial" as of April 1, 2003.

DATED: March 27, 2002

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

Filed MAR 27 2002
Richard D. Sletten, Clerk
Judgment Entd.____________
Deputy Clerk____________