UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CONTROVERSY MUSIC,
J. ALBERT & SON (USA) INC.,
YOUNG MAN MOVING, INC.,
EX VW, INC. and
COOL ROCK STUFF,

CIVIL NO. 01-1419 (MJD/JMM)

Plaintiffs,

v.

ORDER

BANANA JOE'S OF MINNESOTA,
INC. AND JON FIELD,

Defendants.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John M. Mason dated April 3, 2002. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that Plaintiff's Motion to Strike Certain Defenses and Dismiss Counterclaims [Docket No. 6] is granted only as follows: the First, Ninth and Tenth Affirmative Defenses in Defendant's Answer may be, and hereby are, stricken. The Motion is in all other respects denied without prejudice.

Dated: April 26, 2002

Michael J. Davis
MICHAEL J. DAVIS
United States District Court Judge

FILED ___
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ___
DEPUTY CLERK ___