UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Controversy Music, J. Albert & Son (USA) Inc., Young Man Moving, Inc. EX VW, Inc. and Cool Rock Stuff,

Plaintiffs,

vs.

Banana Joe's of Minnesota, Inc. and Jon Field,

Defendants.

**Civil No. 01-CV-1419 MJD/JGL**

**STIPULATION AND ORDER EXTENDING CERTAIN DATES IN PRETRIAL ORDER**

**STIPULATION**

The parties, by and through their respective counsel, seek to extend dates in the Pretrial Order entered March 27, 2002 for a period of thirty (30) days. The parties have agreed to the limited extension to permit settlement discussions to be completed. With this Stipulation, the new dates are as follows:

1. All motions which seek to amend any pleading or to add any parties must be filed prior to July 1, 2002;

2. Parties with the burden of proof shall disclose all expert witnesses, including reports by September 1, 2002; all rebuttal witnesses shall be disclosed by November 1, 2002;

3. The period during which the parties may seek discovery shall be completed by December 1, 2002;

4. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to December 1, 2002;

JUN 4 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

5. Until further notice, all dispositive motions must be noticed, served, filed and heard in accordance with the local rules, prior to March 1, 2003; and

6. This case will be considered "ready for trial" as of May 1, 2003.

Dated: June 3, 2002

FAEGRE & BENSON LLP

Felicia J. Boyd, # 186168
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Dated: May 31, 2002

DUNKLEY BENNETT CHRISTENSEN & MADIGAN, P.A.

Thomas P. Harlan, #210870
701 4th Avenue South, Suite 700
Minneapolis, MN 55415
(612) 339-1290

M2:20466634.01

**ORDER**

Based on the foregoing Stipulation, the Pretrial Order of March 27, 2002 is amended to extend the dates set therein thirty (30) days.

DATED: June 4, 2002

U.S. Magistrate Judge