**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Controversy Music, J. Albert & Son (USA) Inc., Young Man Moving, Inc. EX VW, Inc. and Cool Rock Stuff,<br><br>Plaintiffs,<br><br>vs.<br><br>Banana Joe's of Minnesota, Inc. and Jon Field,<br><br>Defendants. | **Civil No. 01-CV-1419 MJD/JGL**<br><br>**STIPULATION AND ORDER EXTENDING CERTAIN DATES IN PRETRIAL ORDER** |

**STIPULATION**

The parties, by and through their respective counsel, seek to extend dates in the Pretrial Order entered March 27, 2002. The parties have agreed to the limited extension to permit settlement discussions to be completed. With this Stipulation, the new dates are as follows:

1. The period during which the parties may seek discovery shall be completed by January 31, 2003;

2. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to January 31, 2003;

3. Until further notice, all dispositive motions must be noticed, served, filed and heard in accordance with the local rules, prior to May 1, 2003; and

4. This case will be considered "ready for trial" as of July 1, 2003.

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: November 8, 2002

FAEGRE & BENSON LLP

Felicia J. Boyd, #186168
Nicholas G. Leonard #295450
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Dated: November 11, 2002

DUNKLEY BENNETT CHRISTENSEN & MADIGAN, P.A.

Thomas P. Harlan, #210870
701 4th Avenue South, Suite 700
Minneapolis, MN 55415
(612) 339-1290

M2:20502424.01

**ORDER**

Based on the foregoing Stipulation, the Pretrial Order of March 27, 2002 is amended to extend the dates set therein to the dates as follows:

1. The period during which the parties may seek discovery shall be completed by January 31, 2003;

2. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to January 31, 2003;

3. Until further notice, all dispositive motions must be noticed, served, filed and heard in accordance with the local rules, prior to May 1, 2003; and

4. This case will be considered "ready for trial" as of July 1, 2003.

DATED: November 14, 2002

U.S. Magistrate Judge