**UNITED STATE DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Controversy Music,
J. Albert & Son (USA) Inc.,
Young Man Moving, Inc.,
Ex VW, Inc. and Cool Rock Stuff,

Plaintiffs,

Banana Joe's of Minnesota,
Inc., and Jon Field.

Defendants.

Case No.: 01-CV-1419 MJD/JGL

**STIPULATION OF DISMISSAL OF CERTAIN AFFIRMATIVE DEFENSES AND COUNTERCLAIMS AND ORDER**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above referenced parties, by and through their attorneys, whose signatures are indicated below, hereby stipulate to the dismissal with prejudice of the following affirmative defenses and counterclaims:

1. As and for Defendants' affirmative defenses, the parties agree and stipulate that the second, fourth, fifth, seventh, eighth and ninth affirmative defenses of the Defendants are and shall be dismissed with prejudice.

2. As and for Defendants' counterclaims, the parties agree and stipulate that count one and count two of the Defendants' Counterclaims are and shall be dismissed with prejudice.

3. That all remaining affirmative defenses, except for the ones previously dismissed by this Court, shall remain in effect.

Dated: 12/2/02

**FAEGRE & BENSON, LLP**

Felicia J. Boyd (#186168)
Nicholas G. Leonard (#0295450)
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
Attorney for Plaintiffs

12-11-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Controversy Music, et al. v. Banana Joe's, et al., Civil No.: 01-1419 (MJD/JGL)

Dated: 12/3/02

**DUNKLEY, BENNETT, CHRISTENSEN & MADIGAN, P.A.**

Thomas P. Harlan (#210870)
701 4th Avenue South
Suite 700
Minneapolis, MN 55415
(612) 339-1290
Attorneys for Defendants

**ORDER**

IT IS HEREBY ORDERED.

Dated: 12-10-02

**BY THE COURT:**

Honorable ~~Jonathan Lebedoff~~ Michael J
United States ~~Magistrate~~ Judge