**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Controversy Music, J. Albert & Son (USA) Inc., Young Man Moving, Inc. EX VW, Inc. and Cool Rock Stuff,<br><br>Plaintiffs,<br><br>vs.<br><br>Banana Joe's of Minnesota, Inc. and Jon Field,<br><br>Defendants. | **Civil No. 01-CV-1419 MJD/JGL**<br><br>**CONFESSION OF JUDGMENT** |

**WHEREAS**, the Complaint in this action was filed on or about August 6, 2001 and defendants were served with the Summons and Complaint on or about August 6, 2001; and

**WHEREAS**, the parties have agreed that plaintiffs' claim and all claims of other ASCAP members based on prior unauthorized nondramatic public performances of their copyrighted works shall be settled in this case, on the basis set forth in the attached Settlement Agreement and Release which is incorporated by references.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. Pursuant to paragraph 5 of the consent judgment, defendants hereby consent to entry of judgment by plaintiffs against defendants upon defendants default of any of the terms of the Consent Judgment and/or Settlement Agreement and Release. Should defendants default, defendants shall pay to Plaintiffs $300,000 less any payments made to date.

JUL 30 2003
CLERK

Controversy Music, et al. v. Banana Joe's of Minnesota, et al., Civil No.: 01-1419 (MJD/JGL)

Dated: 7/14, 2003

FAEGRE & BENSON LLP

By ______

Felicia J. Boyd, # 186168
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402=3901
(612) 766-7000

Attorney for Plaintiffs

Dated: 7/7, 2003

DUNKLEY BENNETT CHRISTENSON & MADIGAN, P.A.

By ______

Thomas P. Harlan, # 210870
701 4th Avenue South
Minneapolis, MN 55415
(612) 339-1290

Attorneys for Defendants

Dated: 6/24, 2003

BANANA JOE'S OF MINNESOTA, INC.

By ______

Its Pres.

Dated: 6/24, 2003

JON FIELD

______

**APPROVED:**

DATED: 7-29-03

______

United States District Judge

M2:20536719.02