**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Controversy Music, J. Albert & Son (USA) Inc., Young Man Moving, Inc. EX VW, Inc. and Cool Rock Stuff,

Plaintiffs,

vs.

Banana Joe's of Minnesota, Inc. and Jon Field,

Defendants.

**Civil No. 01-CV-1419 MJD/JGL**

**STIPULATED PERMANENT INJUNCTION**

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 65, the parties, through their respective counsel, stipulate to entry of the following permanent injunction:

Upon the foregoing, **IT IS ORDERED** that without security an injunction in the following form issue:

> **IT IS ORDERED AND RECEIVED** that the defendants Banana Joe's of Minnesota, Inc. and Jon Field and all persons acting under their direction, control, permission or authority are permanently
>
> **ENJOINED** from publicly performing any copyrighted compositions owned by plaintiffs as well as all other copyrighted musical compositions in the repertory of the American Society of Composers, Authors and Publishers and from causing or permitting said compositions to be publicly performed in any place owned, controlled or conducted by defendants, or from aiding or abetting the public performances of any such compositions in any such place or otherwise without the permission of copyright owner or unless or until licensed to do so by plaintiffs or the American Society of Composers, Authors and Publishers as their agent.

FILED JUL 30 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: 7/14, 2003

FAEGRE & BENSON LLP

By /s/ Felicia J. Boyd

Felicia J. Boyd, # 186168
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402=3901
612/766-7000

Attorney for Plaintiffs

Dated: 7/7, 2003

DUNKLEY BENNETT CHRISTENSON & MADIGAN, P.A.

By /s/ Thomas P. Harlan

Thomas P. Harlan, # 210870
701 4th Avenue South
Minneapolis, MN 55415
(612) 339-1290

Attorneys for Defendants

Dated: 6/24, 2003

BANANA JOE'S OF MINNESOTA, INC.

By [signature]

Its Pres

Dated: 6/24, 2003

JON FIELD

[signature]

Controversy Music, et al. v. Banana Joe's of Minnesota, et al., Civil No.: 01-1419 (MJD/JGL)

**ORDER**

Based on the foregoing Stipulation, the foregoing permanent injunction is hereby entered.

**IT IS SO ORDERED.**

DATED: 7-29-03

United States District Judge

M2:20532942.02